IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00383-RPM

THOMAS A. WOODARD,

    Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

        Defendants.

---

ORDER FOR LIMITED DISCOVERY AND EXTENSION OF TIME TO FILE
PLAINTIFF'S BRIEF

---

    Upon reviewing the plaintiff's Motion to Conduct Discovery, filed June 8, 2007, and the defendant's response of June 28, 2007, together with the plaintiff's Motion for Enlargement of time to File Brief, filed July 2, 2007, it is

    ORDERED that the plaintiff shall be permitted to submit interrogatories as follows:

    (1)    Did the Hartford claim examiner consider the treating physician's "cross-out" of certain language in the consulting physician's report (administrative record, bates stamp p. 72-73) prior to rendering a decision on Plaintiff's claim?

    (2)    When and how did Hartford receive the document found at bates stamp pp. 77-73?

    It is

FURTHER ORDERED that the time for the plaintiff to file his brief addressing the administrative record is extended to and including 10 days after receipt of the defendant's response to the interrogatories.

Dated: July 6th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge